IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

VS.                              4:21-CR-00245-01-JM

ANDRE RIDDLE

## ORDER

Defendant's Motion to Reduce Sentence (Doc. No. 28) is DENIED.

Applying retroactive guideline Amendment 821 reduces Defendant's criminal history score from 6 to 4. However, his criminal history category remains III, which means his guideline range has not changed.

IT IS SO ORDERED this 15th day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE